FILED

MAR 18 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:25CR00118 |
| v. ) | |
| ) | Title 18, United States Code, |
| DAWN R. BELLEVILLE, ) | Sections 922(g)(1) and 924(a)(8) |
| ) | |
| Defendant. ) | |
| ) | JUDGE RUIZ |
| ) | |

COUNT 1
(Felon in Possession of a Firearm and Ammunition,
18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. On or about February 7, 2024, in the Northern District of Ohio, Eastern Division, Defendant DAWN R. BELLEVILLE, knowing she had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Possession with Intent to Distribute and Distribution of 50 Grams or More of Crack Cocaine, on or about July 27, 2010, in case number 2:08CR60 in the United States District Court for the Western District of Pennsylvania; and Felon in Possession of a Firearm and Ammunition, on or about April 27, 2021, in case number 5:20CR275 in the United States District Court for the Northern District of Ohio, knowingly possessed in and affecting interstate and foreign commerce a firearm, to wit: a Kahr Arms model CW9 9mm semiautomatic pistol bearing serial number EM7421, and ammunition, said firearm and ammunition having previously been shipped and transported in

interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant DAWN R. BELLEVILLE shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearm violation charged herein; including, but not limited to, the following: a Kahr Arms model CW9 9mm semiautomatic pistol bearing serial number EM7421, and ammunition.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.